IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MARY WICKENKAMP,

        Plaintiff,

  v.

HOSTETTER LAW GROUP, LLP;
HOSTETTER KNAPP LLP;
D. ZACHARY HOSTETTER;
D. RAHN HOSTETTER; BRUCE
HAMPTON; VENESE HAMPTON;
KEVIN SALI; DAVID ANGELI;
RENECCA KNAPP; BENJAMIN N.
SOUEDE; SCOTT HAMPTON; and
ANGELI LAW GROUP,

        Defendants.

No.  2:15-cv-00296-PK

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Papak issued a Findings and Recommendation [133] on July 14, 2016, in which he recommends that this Court grant Defendant Zachary Hostetter's and Hostetter Law Group, LLP's ("the moving HLG defendants") motion to dismiss and/or strike. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Papak's Findings & Recommendation [133]. Therefore, for the reasons stated in the record, the Court grants the moving HLG defendants' motion [59] to dismiss and/or to strike both of Plaintiff's claims in their entirety for lack of subject-matter jurisdiction and for failure to comply with this Court's order [45] and otherwise denies Plaintiff's claims as moot. All other pending motions are denied as moot. Plaintiff's claims are dismissed with prejudice.

IT IS SO ORDERED.

DATED this \_\_17\_\_ day of \_\_August\_\_, 2016.

_____Marco Hernández_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER